**Order entered September 12, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00810-CR
No. 05-12-00811-CR

**BRANDY NICOLE GRAVES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-27900-H, F-11-45869-H**

## ORDER

On May 30, 2013 we ordered the Dallas County District Clerk to prepare and file a supplemental clerk's record containing a detailed itemization of the costs assessed in this case, including but not limited to, specific court costs, fees, and court appointed attorney fees. The Dallas County Clerk subsequently filed a supplemental record. However, the detail itemization of costs included in the supplemental record does not comply with the Texas Code of Criminal Procedure. *See* TEX. CODE CRIM. PROC. ANN. arts. 103.001, 103.006 (West 2006).

Accordingly, we ORDER the Dallas County District Clerk to file, within seven days of the date of this order, a second supplemental clerk's record that contains a detailed itemization of the costs assessed in this case that complies with article 103.001 and 103.006 of the Texas Code

of Criminal Procedure. *See id*. art. 103.001 ("A cost is not payable by the person charged with the cost until a written bill is produced or is ready to be produced, containing the items of cost, **signed by the officer who charged the cost or the officer who is entitled to receive payment for the cost**.") (emphasis added). 103.006 ("if a criminal action or proceeding . . . is appealed, an officer of the court **shall certify and sign** a bill of costs that have accrued and send the bill to the court in which the action or proceeding is . . . appealed) (emphasis added).


/s/     KERRY P. FITZGERALD
         JUSTICE